**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __California__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

    Check one:
    ☐ Chapter 7
    ☑ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: __Quality Discount Ice Cream Distributors, Inc.__

3. Other names you know the debtor has used in the last 8 years

    Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

    ☑ Unknown

    EIN: __ __ - __ __ __ __ __ __ __

5. Debtor's address

    **Principal place of business**

    __450 S. Melrose Drive #110__
    Number    Street

    __Vista__          __CA__   __92081__
    City            State  ZIP Code

    __San Diego__
    County

    **Mailing address, if different**

    _____
    Number    Street

    _____
    P.O. Box

    _____
    City          State   ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____
    City          State   ZIP Code

Official Form 205                           Involuntary Petition Against a Non-Individual                           page 1

Debtor  Quality Discount Ice Cream Distributors, Inc.                    Case number (if known)_____
         Name

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☑ Yes.  Debtor  Kamron Evergreen, LLC        Relationship  Affiliate
             District  Southern CA   Date filed  11/10/2015   Case number, if known  15-07229-LA11
                                         MM / DD / YYYY

             Debtor  Cyrus Carroll, LLC          Relationship  Affiliate
             District  Southern CA   Date filed  11/10/2015   Case number, if known  15-07230-LA11
                                         MM / DD / YYYY

---

**Part 3:   Report About the Case**

10. **Venue**

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

Debtor  Quality Discount Ice Cream Distributors, Inc.          Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Babak Afshin | money loaned | $ 150,000.00* |
| Gholamreza Chitgari | money loaned | $ 500,000.00* |
| Farshad Yaghouti | money loaned | $ 2,348,000.00* |
| | Total of petitioners' claims | $ 2,998,000.00* |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner

Babak Afshin                                                  In Pro Per
Name                                                          Printed name

12837 Starwood Lane                                           Firm name, if any
Number  Street

San Diego         CA        92131                             Number  Street
City              State     ZIP Code

                                                              City             State        ZIP Code

Name and mailing address of petitioner's representative, if any

                                                              Contact phone _____   Email _____

Name                                                          Bar number _____

Number  Street                                                State _____

_____  _____  _____
City      State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 29 / 2016                                    X _____
             MM  DD  YYYY                                     Signature of attorney

X Bob Afshin                                                  Date signed _____
Signature of petitioner or representative, including representative's title   MM / DD / YYYY

* Principal only. Without prejudice or waiver to claiming interest, charges, fees and/or other amounts in the future.

Debtor  Quality Discount Ice Cream Distributors, Inc.  Case number (if known) _____

**Name and mailing address of petitioner**

Name: Gholamreza Chitgari
Number Street: 1611 West Vista Way
City: Vista    State: CA    ZIP Code: 92083

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 29 / 2016
              MM / DD / YYYY

✗ _/s/_____
Signature of petitioner or representative, including representative's title

Printed name: In Pro Per
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

✗ _____
Signature of attorney

Date signed ___/___/_____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Farshad Yaghouti
Number Street: 7110 Jackson Street
City: Paramount    State: CA    ZIP Code: 90017

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Kit James Gardner
Firm name, if any: Law Offices of Kit J. Gardner
Number Street: 501 W. Broadway, Suite 800
City: San Diego   State: CA   ZIP Code: 92101
Contact phone: 619-525-9900   Email: _____
Bar number: 161736
State: CA

✗ _____
Signature of attorney

Date signed ___/___/_____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor   Quality Discount Ice Cream Distributors, Inc.     Case number (if known) _____

### Name and mailing address of petitioner

Gholamreza Chitgari
Name

1511 West Vista Way
Number   Street

Vista        CA        92083
City         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

In Pro Per
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City     State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Farshad Yaghouti
Name

7110 Jackson Street
Number   Street

Paramount    CA        90017
City         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3  29  2016
             MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

Kit James Gardner
Printed name

Law Offices of Kit J. Gardner
Firm name, if any

501 W. Broadway, Suite 800
Number   Street

San Diego        CA        92101
City             State     ZIP Code

Contact phone 619-525-9900   Email _____

Bar number 161736

State   CA

✗ _[signature]_
Signature of attorney

Date signed  3/29/2016
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4