Michael T. O'Halloran, CLS-B (#99085)
David W. Marshall (#262454)
LAW OFFICE OF MICHAEL T. O'HALLORAN
1010 Second Avenue, Suite 1727
San Diego, CA 92101
Telephone: (619) 233-1727
Facsimile: (619) 233-6526

Counsel for Alleged Debtor
Quality Discount Ice Cream Distributors, Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>QUALITY DISCOUNT ICE CREAM DISTRIBUTORS, INC.,<br><br>        Alleged Debtor. | Case No. 16-01709-LA11<br><br>ALLEGED DEBTOR'S ANSWER TO INVOLUNTARY PETITION |

TO:   THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, PETITIONING CREDITORS AND THEIR ATTORNEY OF RECORD:

Quality Discount Ice Cream Distributors, Inc. ("QDIC"), the alleged debtor herein, hereby refutes the following allegations and responds to the Involuntary Petition filed by Farshad Yaghouti ("Yaghouti"), Gholamreza Chitgari ("Chitgari"), and Babak Afshin ("Afshin")(collectively, "Petitioning Creditors") as follows:

   1.   QDIC denies that Petitioning Creditors are eligible to
        file an Involuntary Petition pursuant to 11 U.S.C.
        section 303(b);

-1-

2. QDIC denies that the Petitioning Creditors collectively constitute a sufficient number of creditors holding a sufficient claims to file an involuntary petition under 11 U.S.C. section 303(b); and

3. QDIC submits that it is generally paying its debts as they become due, unless the debts are the subject of a bona fide dispute as to liability or amount.

## SUMMARY OF FACTS SUPPORTING DEFENSES

All the Petitioning Creditors' claims against QDIC are subject to bona fide dispute at to amount. Petitioning Creditors' claims are based on promissory notes with usurious interest in violation of California law. Petitioning Creditors claims appear to include usurious interest, which is not collectible under California law. This affirmative defense by QDIC disqualifies Petitioning Creditors from filing this involuntary petition.

Further, all the Petitioning Creditors received payments on their claims in the past two years, subjecting them to liability for usury, which is an affirmative defense to any alleged liability and would reduce the amount of their claims below the amounts stated in the Involuntary Petition.

Separately, the promissory note to petitioner Chitgari is substantially less than the $500,000 listed in the Involuntary Petition. To the extent he is asserting claims of others without so disclosing, he is not eligible to be a petitioning creditor.

To the extent that any Petitioning Creditor holds claims transferred from third parties, he has failed to follow the

-2-

1 | requirements of Federal Rule of Bankruptcy Procedure 1003 and his
2 | claim should be disallowed.

3 |     QDIC has more than twelve creditors. Because each of
4 | Petitioning Creditors' claims is subject to bona fide dispute,
5 | there is not a sufficient number of creditors holding a
6 | sufficient amount of claims to file an involuntary petition under
7 | 11 U.S.C. section 303(b).

8 |     QDIC presently has insufficient knowledge or information on
9 | which to form a belief as to whether it may have additional, as
10 | yet unstated, defenses available. QDIC reserves herein the right
11 | to assert additional defenses in the event that additional
12 | defenses are discovered.

14 | ///

16 | ///

-3-

PRAYER FOR RELIEF

WHEREFORE, QDIC prays for relief as follows:

1. For an order dismissing the Involuntary Petition;

2. For the reasonable attorney fees incurred by QDIC pursuant to 11 U.S.C. section 303(I);

3. For all damages proximately caused by the filing of the Involuntary Petition;

4. For punitive damages;

5. For such other and further relief, at law or in equity, in QDIC's favor as the Court deems just and proper.

Dated: April 21, 2016          LAW OFFICE OF MICHAEL T. O'HALLORAN

                               By:  /s/ Michael T. O'Halloran
                                    Michael T. O'halloran
                                    David W. Marshall
                                    Counsel for Alleged Debtor
                                    Quality Discount Ice Cream
                                    Distributors, Inc.

<u>DECLARATION OF SERVICE</u>

I, David W. Marshall, hereby declare that I am over 18 years of age, a resident of the County of San Diego, State of California, and am not a party to the within proceeding, <u>Quality Discount Ice Cream Distributors, Inc.</u>, U.S.B.C. Case No. 16-01709-LA11.

On April 21, 2016, I caused to be served by U.S. Mail, postage prepaid, or electronically by the court through the Notice of Electronic Filing procedure that is in place in the Bankruptcy Court for the Southern District of California, the following documents:

1.   ALLEGED DEBTOR'S ANSWER TO INVOLUNTARY PETITION

to:

<u>Via NEF</u>

Kit J. Gardner        <u>kgardner@gardnerlegal.com</u>

Wayne R. Terry        <u>wterry@hemar-rousso.com</u>;
                      <u>mgranzow@hemar-rousso.com</u>

<u>VIA U.S. MAIL</u>

Babak Afshin
12837 Starwood Lane
San Diego, CA 92131

Gholamreza Chitgari
1611 West Vista Way
Vista, CA 92083

Farshad Yaghouti
7110 Jackson Street
Paramount, CA 90017

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed on April 21, 2016 at San Diego, California.

                              /s/ David W. Marshall
                              David W. Marshall
                              1010 Second Avenue, Suite 1727
                              San Diego, CA 92101

-5-