**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*   16-01709-LA11          Chapter   11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Quality Discount Ice Cream Distributors, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  QDIC, Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 33-0416894 |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2460 Grand Ave.<br>Vista, CA 92083 | 770 Sycamore Ave.<br>No. 122-445<br>Vista, CA 92083 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | See Attachment | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (*if known*) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
246 Grand Ave.
Vista, CA, 92083-0000

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | | Case number (*if known*) | 16-01709-LA11 |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November  2, 2016
_____
MM / DD / YYYY

**X** /s/ Nasser Palizban
_____
Signature of authorized representative of debtor

Nasser Palizban
_____
Printed name

Title    President
_____

**18. Signature of attorney**

**X** /s/ Michael T. O'Halloran CLS-B
_____
Signature of attorney for debtor

Date    November  2, 2016
_____
MM / DD / YYYY

Michael T. O'Halloran CLS-B
_____
Printed name

Law  Office of Michael T. O'Halloran
_____
Firm name

1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
_____
Number, Street, City, State & ZIP Code

Contact phone    619-233-1727          Email address    MTO@Debtsd.com

#99085
_____
Bar number and State

---

Debtor   Quality Discount Ice Cream Distributors, Inc.                    Case number *(if known)*   16-01709-LA11
         _____
         Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*   16-01709-LA11        Chapter   11

☐ Check if this an
   amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | In re Cyrus Carroll LLC | | Relationship to you | Affiliate |
| District | So Dist CA | When  11/10/15 | Case number, if known | 15-7230-LA11 |
| Debtor | In re Kamron Evergreen LLC | | Relationship to you | Affiliate |
| District | So. Dist. CA | When  11/10/15 | Case number, if known | 15-07229-LA11 |
| Debtor | In re PLE Management LLC | | Relationship to you | Affiliate |
| District | So. Dist. CA | When  7/26/16 | Case number, if known | 16-04508-LA11 |

**Fill in this information to identify the case:**

Debtor name _Quality Discount Ice Cream Distributors, Inc._

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF CALIFORNIA_

Case number (if known) _16-01709-LA11_

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■     *Schedule H: Codebtors* (Official Form 206H)

■     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐     Amended *Schedule*

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November  2, 2016_          **X** /s/ Nasser Palizban
                                               Signature of individual signing on behalf of debtor

                                               Nasser Palizban
                                               Printed name

                                               President
                                               Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Quality Discount Ice Cream Distributors, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    16-01709-LA11

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $      0.00

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................    $      412,485.00

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $      412,485.00

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      3,225,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      14,634,209.17

4.   Total liabilities ........................................................................................
   Lines 2 + 3a + 3b      $      17,859,209.17

| Fill in this information to identify the case: |
|---|

Debtor name _Quality Discount Ice Cream Distributors, Inc.___

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) _16-01709-LA11___

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | Bank accounts at BBVA Compass as of March 31, 2016 | Checking | 9982 | $17,035.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $17,035.00 |
|---|

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Rental deposit today | $17,000.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $17,000.00 |
|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Quality Discount Ice Cream Distributors, Inc.      Case number *(If known)*   16-01709-LA11
<br>Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
<br>■ Yes Fill in the information below.

11.     **Accounts receivable**

     11a. 90 days old or less:     202,206.00   -   0.00   = ....      $202,206.00
<br>                                face amount                      doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                  $202,206.00
<br>      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
<br>☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
<br>■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** <br> Ice cream inventory as of <br> March 31, 2016 | | $0.00 | Liquidation | $19,244.00 |

23.     **Total of Part 5.**                                                    $19,244.00
<br>      Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
<br>      ☐ No
<br>      ■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
<br>      ■ No
<br>      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
<br>      ■ No
<br>      ☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    Quality Discount Ice Cream Distributors, Inc.
          _____
          Name

Case number *(If known)*  16-01709-LA11

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Used office equipment and furniture | $0.00 | Liquidation | $3,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| $3,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2004 International dry box truck  Over 200,000 miles | $0.00 | Liquidation | $5,000.00 |
| 47.2. Nine leased trucks.  Modified trucks for ice cream delivery.  Ford F350 and F450 chassises.  High mileage. | $0.00 | Liquidation | $100,000.00 |
| 47.3. 2006 Ford F250 pickup  Approx. 350,000 miles | $0.00 | Liquidation | $4,000.00 |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(If known)* | 16-01709-LA11 |
|--------|-----------------------------------------------|--------------------------|---------------|
| | Name | | |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | | |
|--|--|--|--|--|--|
| Small chest freezers.  Approx. 300 in warehouse. Approx. 1,500 on site at current and past customers' stores.   The on-site freezers have no value due to cost of removal. | | $0.00 | Liquidation | | $30,000.00 |
| Warehouse equipment including walk-in freezer, air compressor, pallet jack, hand tools,  and other gear.  Dollies | | $0.00 | Liquidation | | $15,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $154,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Warehouse and office leased.  246 Grant, Vista, CA | Tenant | $0.00 | Recent cost | Unknown |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

Debtor   Quality Discount Ice Cream Distributors, Inc.                     Case number *(If known)*  16-01709-LA11
         Name

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** Domain name:  QDIC Distributors | $0.00 | Liquidation | Unknown |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** Customer lists | $0.00 | Liquidation | Unknown |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                                    | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☑ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable** Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(If known)* 16-01709-LA11 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | Approx. $4,000,000 operating losses | Tax year Up to 2015 | Unknown |

---

**73.** **Interests in insurance policies or annuities**
Liability and auto and business insurance and workers'
compensation                                                                                        $0.00

---

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Claims against former president for mismanaging the
company and attempting to take corporate opportunities.
There was a different president for the Debtor from about
May 2014 to August 2015 who managed the company and
made the major operating decisions during that time.                                  Unknown

| **Nature of claim** | Breach of fiduciary duty or negligence |
|---|---|
| **Amount requested** | $0.00 |

---

Claims for recovery of usurious interest paid to various
lenders                                                                                                   Unknown

| **Nature of claim** | Usury |
|---|---|
| **Amount requested** | $0.00 |

---

Breach of contract claim against Unilever related to
promised business expansion                                                              Unknown

| **Nature of claim** | Breach of contract |
|---|---|
| **Amount requested** | $0.00 |

---

Breach of contract by Tropical Food                                                   Unknown

| **Nature of claim** | Breach of contract |
|---|---|
| **Amount requested** | $0.00 |

---

Claims against Enterprise Leasing for lease of inappropriate
trucks for ice cream delivery.  Substantial damages to
Debtor from having to replace these vehicles.                                    Unknown

| **Nature of claim** | Breach of contract. |
|---|---|
| **Amount requested** | $0.00 |

---

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                                              $0.00

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor    Quality Discount Ice Cream Distributors, Inc.                          Case number *(If known)*  16-01709-LA11
          Name

☐ Yes

Debtor    Quality Discount Ice Cream Distributors, Inc.                    Case number *(If known)*  16-01709-LA11
_____Name_____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,035.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $202,206.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,244.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $154,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $412,485.00 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $412,485.00 |

**Fill in this information to identify your case:**

Debtor 1        Nasser Palizban
                First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name              Middle Name              Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number     16-01709-LA11
(if known)

☐ Check if this is an
   amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>Line from *Schedule A/B:* | | ☐ _____<br><br>☐ 100% of fair market value, up to<br>   any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Quality Discount Ice Cream Distributors, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) ___16-01709-LA11___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | Bank of America | | $3,200,000.00 | $202,206.00 |
|---|---|---|---|---|

**Creditor's Name**

P.O. Box 53150
Phoenix, AZ 85072-3150

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2013
**Last 4 digits of account number**
7281

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
90 days or less: Accounts receivable as of March 31, 2016 and all other assets of the Debtor.

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | Enterprise Leasing | | $25,000.00 | $100,000.00 |
|---|---|---|---|---|

**Creditor's Name**

P.O. Box 800089
Kansas City, MO 64180

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2011
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Nine leased trucks. Modified trucks for ice cream delivery. Ford F350 and F450 chassises. High mileage.

**Describe the lien**
Lessor
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Quality Discount Ice Cream Distributors, Inc. | | Case number (if know) | 16-01709-LA11 |
|---|---|---|---|---|
| | Name | | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,225,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      Quality Discount Ice Cream Distributors, Inc.

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)      16-01709-LA11

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Margaret Alai<br>2032 Bulrush Lane<br>Cardiff by the Sea, CA 92007<br><br>**Date(s) debt was incurred** 2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $50,000.00 |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Nasrin Arababi IRA<br>P.O. Box 2362<br>La Jolla, CA 92038<br><br>**Date(s) debt was incurred** 2012, 2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loans<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $300,000.00 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Babak Ashfin<br>12837 Starwood Lane<br>San Diego, CA 92131<br><br>**Date(s) debt was incurred** 2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loans<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $150,000.00 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019<br><br>**Date(s) debt was incurred** 2015<br>**Last 4 digits of account number** 0012 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utility bill<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8,946.78 |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.14 |
|---|---|---|---|
| | AT&T 8397<br>PO Box 5019<br>Carol Stream, IL 60197-5025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2015 | **Basis for the claim:** Utility Bill | |
| | **Last 4 digits of account number** 4300 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,710.74 |
|---|---|---|---|
| | AT&T Capital Services<br>13160 Collections Center Drive<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2015 | **Basis for the claim:** Utility services | |
| | **Last 4 digits of account number** 8690 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.66 |
|---|---|---|---|
| | AT&T Messaging<br>PO Box 840486<br>Dallas, TX 75284-0486 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2015 | **Basis for the claim:** Utility Bill | |
| | **Last 4 digits of account number** 962N | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,586.28 |
|---|---|---|---|
| | AT&T Mobility Natl. Bus. Svc.<br>PO Box 9004<br>Carol Stream, IL 60197-9004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2015 | **Basis for the claim:** Utility Bill | |
| | **Last 4 digits of account number** 1190 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|
| | AT&T Wireless<br>208 S. S. Akard St.<br>Dallas, TX 75202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|
| | Robert Beech IRA<br>1833 S Horne Street<br>Oceanside, CA 92054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2013 | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | Betsy Jacobson 401k Plan<br>363 Patty Lane<br>Encinitas, CA 92024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2011 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|
| Philip Bidal | ☐ Contingent | |
| 2401 Del Mar Heights Road | ☐ Unliquidated | |
| Del Mar, CA 92014 | ☐ Disputed | |
| **Date(s) debt was incurred** 2012, 2013 | **Basis for the claim:** Loans | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|
| Tami Boschee | ☐ Contingent | |
| 1833 S. Horne St. | ☐ Unliquidated | |
| Oceanside, CA 92054 | ☐ Disputed | |
| **Date(s) debt was incurred** 2010 | **Basis for the claim:** Loans | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|
| Gholamreza Chitgari IRA | ☐ Contingent | |
| 4909 Del Mar Mesa | ☐ Unliquidated | |
| San Diego, CA 92130 | ☐ Disputed | |
| **Date(s) debt was incurred** 2012, 2014 | **Basis for the claim:** Loans | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|
| Hana Chitgari IRA | ☐ Contingent | |
| 4909 Del Mar Mesa | ☐ Unliquidated | |
| San Diego, CA 92130 | ☐ Disputed | |
| **Date(s) debt was incurred** 2012, 2014 | **Basis for the claim:** Loans | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,920.00 |
|---|---|---|
| Mahan Chitgari IRA | ☐ Contingent | |
| 4909 Del Mar Mesa | ☐ Unliquidated | |
| San Diego, CA 92130 | ☐ Disputed | |
| **Date(s) debt was incurred** 2012, 2014 | **Basis for the claim:** Loans | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| Gholamreza Chitgari | ☐ Contingent | |
| 4909 Del Mar Mesa Road | ☐ Unliquidated | |
| San Diego, CA 92130 | ☐ Disputed | |
| **Date(s) debt was incurred** 2013 | **Basis for the claim:** Loan | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|
| Hana Chitgari | ☐ Contingent | |
| 4909 Del Mar Mesa | ☐ Unliquidated | |
| San Diego, CA 92130 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Loan | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59,000.00 |
|---|---|---|---|
| | Elizabeth Chorlion<br> 1363 Caminito Diadema<br>La Jolla, CA 92037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2011, 2012 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $280,000.00 |
|---|---|---|---|
| | Louise Cohen<br> P.O. Box 4598<br>Carlsbad, CA 92018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2009, 2011, 2012 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,624.94 |
|---|---|---|---|
| | De Lage Landen Financial Svc<br>P.O. Box 41601<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Breach of contract | |
| | **Last 4 digits of account number** 2674 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Deluxe Business Checks and Sol<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2014 | **Basis for the claim:** Purchases | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,280.00 |
|---|---|---|---|
| | Breck Dolan<br> 1247 Oliver Ave #3<br>San Diego, CA 92109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2011, 2012, 2013, 2014 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,000.00 |
|---|---|---|---|
| | Mike Dolan<br>3855 Warren Way<br>Reno, NV 89509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2011, 2012, 2013 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,000.00 |
|---|---|---|---|
| | Nate Dolan<br> 1323 Jones Street<br>Reno, NV 89503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2012, 2013, 2014 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $211,000.00 |
|---|---|---|---|
| | Shane Dolan<br> 1247 Oliver Ave #3<br>San Diego, CA 92109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2011-2014_ | **Basis for the claim:** _Loans_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120,000.00 |
|---|---|---|---|
| | Amber Engel<br>16644 Honeybrook Avenue<br>San Diego, CA 92127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2011, 2012_ | **Basis for the claim:** _Loans_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Equity Growth Partners LP<br>2855 Miller St.<br>San Leandro, CA 94577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2016_ | **Basis for the claim:** _Listed for notice_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,143.60 |
|---|---|---|---|
| | EZ Haul<br>5624 Kearny Villa Road<br>San Diego, CA 92123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2015_ | **Basis for the claim:** _Services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|
| | Roseline Feral<br>444 West C St. #310<br>San Diego, CA 92101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2016_ | **Basis for the claim:** _Legal fees_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,600.00 |
|---|---|---|---|
| | Patrick Fitsimmons<br> 11282 Caminito Aclara<br>San Diego, CA 92126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2010, 2011_ | **Basis for the claim:** _Loans_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90,000.00 |
|---|---|---|---|
| | Todd Fitzsimmons<br> 11282 Caminito Aclara<br>San Diego, CA 92126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2012_ | **Basis for the claim:** _Loans_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Gresham Savage Nolan | ☐ Contingent | |
| | 550 W. C Street | ☐ Unliquidated | |
| | Suite 1810 | ☐ Disputed | |
| | San Diego, CA 92101 | | |
| | **Date(s) debt was incurred** 2015-16 | **Basis for the claim:** Legal fees | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,393,514.00 |
|---|---|---|---|
| | Habib Family Trust | ☐ Contingent | |
| | 529 Heiden Ct. | ☐ Unliquidated | |
| | San Marcos, CA 92069 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2010-14 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $522,000.00 |
|---|---|---|---|
| | Gholamreza Hamedani IRA | ☐ Contingent | |
| | 4747 J Street | ☐ Unliquidated | |
| | Sacramento, CA 95819 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2013, 2015 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500,000.00 |
|---|---|---|---|
| | Foad Hamedani | ☐ Contingent | |
| | 4747 J Street | ☐ Unliquidated | |
| | Sacramento, CA 95819 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2012, 2015 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $375.41 |
|---|---|---|---|
| | Hasler, Inc. | ☐ Contingent | |
| | P.O. Box 3811 | ☐ Unliquidated | |
| | Milford, CT 06460 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2015 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | Barry Hendler | ☐ Contingent | |
| | 3468 Lilac Summit | ☐ Unliquidated | |
| | Encinitas, CA 92024 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2014 | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $497,000.00 |
|---|---|---|---|
| | Roxanne Husson | ☐ Contingent | |
| | 5374 Belardo Drive | ☐ Unliquidated | |
| | San Diego, CA 92124 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2012 | **Basis for the claim:** Settlement | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
IBM Credit LLC
7100 Highlands Pkwy
Smyrna, GA 30082

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 3359

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Breach of contract

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.41**

**Nonpriority creditor's name and mailing address**
Idealease Services Inc.
5255 Federal Bl
San Diego, CA 92105

**Date(s) debt was incurred** 2014

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of contract

Is the claim subject to offset? ■ No ☐ Yes

**$350,000.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
Alice Jacobsen IRA
1160 Industrial Rd Ste 1
San Carlos, CA 94070

**Date(s) debt was incurred** 2010, 2012

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

**$77,300.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**
Jacobson, Betsy
363 Patty Lane
Encinitas, CA 92024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**
Jalali Family Trust
7265 Park Village Road
Encinitas, CA 92024

**Date(s) debt was incurred** 2014

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

**$400,000.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
Bahman Jalali
7265 Park Village Road
Encinitas, CA 92024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

**$401,000.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
Bijan Jalali
15 Charity
Irvine, CA 92612

**Date(s) debt was incurred** 2014

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

**$500,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|
| | Brittany Johnson<br>1247 Oliver Avenue #3<br>San Diego, CA 92109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2013_ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82,105.00 |
|---|---|---|---|
| | Sally Kafaei<br>P O Box 503786<br>San Diego, CA 92150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2014_ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | Connie Kenyon<br>6395 Paseo Corono<br>Carlsbad, CA 92009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2014_ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106,000.00 |
|---|---|---|---|
| | Rahil Kim<br>513 Kristin Court<br>Encinitas, CA 92024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2015_ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|---|
| | Pauline Lessman<br>815 America Way<br>Del Mar, CA 92014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2010_ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|
| | Cameron Movahhedian IRA<br>3455 Ridgecrest Drive<br>Carlsbad, CA 92008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2013_ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $819,000.00 |
|---|---|---|---|
| | Hamid Movahhedian IRA<br>3455 Ridgecrest Drive<br>Carlsbad, CA 92008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2013_ | **Basis for the claim:** _Loans_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

Lily Movahhedian IRA
 3455 Ridgecrest Drive
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

Hamid Movahhedian
 3455 Ridgecrest Drive
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Loans

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.39 |
|---|---|---|---|

Neopost
P.O. Box 73727
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2015

Basis for the claim:  Vendor

**Last 4 digits of account number**  2886

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $964.20 |
|---|---|---|---|

NV Energy
PO Box 30086
Reno, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2015

Basis for the claim:  Utility

**Last 4 digits of account number**  8908

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Nasser Palizban
770 Sycamore Ave
No. 122-445
Vista, CA 92083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,000.00 |
|---|---|---|---|

Mary Powell IRA
 1160 Industrial Rd Ste 1
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2014, 2015

Basis for the claim:  Loans

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,648.00 |
|---|---|---|---|

Mary Powell
 1160 Industrial Rd Ste 1
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400,000.00 |
|---|---|---|---|
| | Richard and Susan Pyke IRA<br>451 Zuni Drive<br>Del Mar, CA 92014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2013, 2015 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,500.00 |
|---|---|---|---|
| | Qualstaff<br>9444 Waples St. #100<br>San Diego, CA 92121 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** 2016 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,000.00 |
|---|---|---|---|
| | Azar Rezvani IRA<br> 1160 Industrial Rd Ste 1<br>San Carlos, CA 94070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2013 | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Roadnet Tech<br>849 Fairmount Ave.  #500<br>Towson, MD 21286 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,500.00 |
|---|---|---|---|
| | Kiana Shaban IRA<br>13871 Mercado Dr.<br>Del Mar, CA 92014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2014, 2015 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,000.00 |
|---|---|---|---|
| | Nadia Shaban IRA<br>13871 Mercado Dr.<br>Del Mar, CA 92014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2014 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $160,908.00 |
|---|---|---|---|
| | Mo Shaban<br> 13871 Mercado Dr.<br>Del Mar, CA 92014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2010, 2011, 2012 | **Basis for the claim:** Loans | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**
Sharp Copy
8670 Argent St.,
Santee, CA 92071

**Date(s) debt was incurred**  2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of contract

**Is the claim subject to offset?** ■ No  ☐ Yes

$236.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
Robert Solis APC
501 W. Broadway
Suite 1370
San Diego, CA 92101

**Date(s) debt was incurred**  2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal fees

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

**3.70**

**Nonpriority creditor's name and mailing address**
Southern Nevada Industrial
151 Kalmus Drive, Ste. F-1
Costa Mesa, CA 92626

**Date(s) debt was incurred**  2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility services

**Is the claim subject to offset?** ■ No  ☐ Yes

$3,774.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
Stoffel Educational Trust
363 Patty Lane
Encinitas, CA 92024

**Date(s) debt was incurred**  2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

**Is the claim subject to offset?** ■ No  ☐ Yes

$70,000.00

---

**3.72**

**Nonpriority creditor's name and mailing address**
Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

**Date(s) debt was incurred**  2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

**Is the claim subject to offset?** ■ No  ☐ Yes

$7,647.31

---

**3.73**

**Nonpriority creditor's name and mailing address**
Farbia Teybourian IRA
1160 Industrial Rd Ste 1
San Carlos, CA 94070

**Date(s) debt was incurred**  2012, 2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loans

**Is the claim subject to offset?** ■ No  ☐ Yes

$67,500.00

---

**3.74**

**Nonpriority creditor's name and mailing address**
U.S. Healthworks Medical Gp
PO Box 50031
2010 N 75th Ave
Los Angeles, CA 90074-0031

**Date(s) debt was incurred**  2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Medical bills

**Is the claim subject to offset?** ■ No  ☐ Yes

$3,538.95

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Unilever US
800 Sylvan Ave
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2014-15

**Last 4 digits of account number** __

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,482.77
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** 2859

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00
Walter Waxman
180 Harbor Pointe Drive
Brunswick, GA 31523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Last 4 digits of account number** __

**Basis for the claim:** Settlement

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00
Kevin Weil IRA
1160 Industrial Rd Ste 1
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2012, 2013, 2014

**Last 4 digits of account number** __

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,978,645.00
Farshad Yaghouti
7110 Jackson St.
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Last 4 digits of account number** __

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,413,745.00
Azita Yazdi IRA
13871 Mercado Dr.
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2014

**Last 4 digits of account number** __

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,999.00
Azita Yazdi IRA
13871 Mercado Dr.
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Quality Discount Ice Cream Distributors, Inc. | | Case number (if known) | 16-01709-LA11 |
|---|---|---|---|---|
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Maryam Yazdi
 13871 Mercado Dr.
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2012

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,500.00 |
|---|---|---|---|

Maryam Yazdi
 13871 Mercado Dr.
Del Mar, CA 92014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,400.00 |
|---|---|---|---|

Mashid Yazdi
 6000 Kingsbriar
Yorba Linda, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2012, 2013, 2014

**Basis for the claim:** Loans

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,038.00 |
|---|---|---|---|

Zenith Insurance Company
21255 Califa St
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2015

**Basis for the claim:** Insurance

**Last 4 digits of account number** 1910

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 14,634,209.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,634,209.17 |

**Fill in this information to identify the case:**

Debtor name ___Quality Discount Ice Cream Distributors, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) ___16-01709-LA11___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Leases of delivery trucks | |
| State the term remaining — 9 mos | Enterprise Leasing<br>1400 Kellogg Dr.<br>Anaheim, CA 92807 |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Office and warehouse lease.  Rent is $6,923 per month. | |
| State the term remaining — 4.5 years | R. Lane<br>Vista, CA |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — The Debtor has contracts with individual Walmart stores to supply ice cream and support sales. | |
| State the term remaining — Open | Walmart stores<br>Various |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __Quality Discount Ice Cream Distributors, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) __16-01709-LA11__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | CKW Palizban Legacy Prop. LLC | Defunct | Bank of America | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Cyrus Carroll LLC | 770 Sycamore AVe. #122-145 Vista, CA 92083 | Bank of America | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Cyrus Figueroa LLC | Defunct | Bank of America | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Kamron Doolittle LLC | 770 Sycamore Ave. #122-145 Vista, CA 92083 | Bank of America | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

██  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.5 | Kamron<br>Evergreen LLC | 770 Sycamore Ave.<br>#122-145<br>Vista, CA 92083 | Bank of America | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Bank of America | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Babak ~Ashfin | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.8 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Louise ~Cohen | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.9 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Margaret ~Alai | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.10 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Nasrin ~Arababi IRA | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.11 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Robert ~Beech IRA | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Philip ~Bidal | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.13 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Tami ~Boschee | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.14 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Gholamreza ~Chitgari IRA | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.15 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Hana ~Chitgari IRA | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.16 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Mahan ~Chitgari IRA | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.17 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Gholamreza ~Chitgari | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.18 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Elizabeth ~Chorlion | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Breck ~Dolan | ☐ D _____<br>■ E/F  3.23<br>☐ G _____ |
| 2.20 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Mike ~Dolan | ☐ D _____<br>■ E/F  3.24<br>☐ G _____ |
| 2.21 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Nate ~Dolan | ☐ D _____<br>■ E/F  3.25<br>☐ G _____ |
| 2.22 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Shane ~Dolan | ☐ D _____<br>■ E/F  3.26<br>☐ G _____ |
| 2.23 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Amber ~Engel | ☐ D _____<br>■ E/F  3.27<br>☐ G _____ |
| 2.24 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Patrick ~Fitsimmons | ☐ D _____<br>■ E/F  3.31<br>☐ G _____ |
| 2.25 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Todd ~Fitzsimmons | ☐ D _____<br>■ E/F  3.32<br>☐ G _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

---

**▉** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Foad ~Hamedani | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |
| 2.27 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Gholamreza<br>~Hamedani IRA | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |
| 2.28 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Barry ~Hendler | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.29 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Roxanne ~Husson | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.30 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Alice ~Jacobsen IRA | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |
| 2.31 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Betsy Jacobson 401k<br>Plan | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.32 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Jalali Family Trust | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |
|---|---|---|---|

�and **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                     *Column 2:* **Creditor**

| 2.33 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Bijan ~Jalali | ☐ D _____ ■ E/F ___3.46___ ☐ G _____ |
|---|---|---|---|---|
| 2.34 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Brittany ~Johnson | ☐ D _____ ■ E/F ___3.47___ ☐ G _____ |
| 2.35 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Sally ~Kafaei | ☐ D _____ ■ E/F ___3.48___ ☐ G _____ |
| 2.36 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Connie ~Kenyon | ☐ D _____ ■ E/F ___3.49___ ☐ G _____ |
| 2.37 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Rahil ~Kim | ☐ D _____ ■ E/F ___3.50___ ☐ G _____ |
| 2.38 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Pauline ~Lessman | ☐ D _____ ■ E/F ___3.51___ ☐ G _____ |
| 2.39 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Cameron ~Movahhedian IRA | ☐ D _____ ■ E/F ___3.52___ ☐ G _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Hamid ~Movahhedian IRA | ☐ D _____<br>■ E/F ___3.53___<br>☐ G _____ |
| 2.41 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Mary ~Powell IRA | ☐ D _____<br>■ E/F ___3.59___<br>☐ G _____ |
| 2.42 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Richard and Susan ~Pyke IRA | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.43 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Azar ~Rezvani IRA | ☐ D _____<br>■ E/F ___3.63___<br>☐ G _____ |
| 2.44 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Mo ~Shaban | ☐ D _____<br>■ E/F ___3.67___<br>☐ G _____ |
| 2.45 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Nadia ~Shaban IRA | ☐ D _____<br>■ E/F ___3.66___<br>☐ G _____ |
| 2.46 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Stoffel Educational Trust | ☐ D _____<br>■ E/F ___3.71___<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.47 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Farbia ~Teybourian IRA | ☐ D ____ ■ E/F ___3.73___ ☐ G ____ |
| 2.48 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Unilever US | ☐ D ____ ■ E/F ___3.75___ ☐ G ____ |
| 2.49 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Walter ~Waxmann | ☐ D ____ ■ E/F ___3.77___ ☐ G ____ |
| 2.50 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Farshad ~Yaghouti | ☐ D ____ ■ E/F ___3.79___ ☐ G ____ |
| 2.51 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Azita ~Yazdi IRA | ☐ D ____ ■ E/F ___3.80___ ☐ G ____ |
| 2.52 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Maryam ~Yazdi | ☐ D ____ ■ E/F ___3.82___ ☐ G ____ |
| 2.53 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Mashid ~Yazdi | ☐ D ____ ■ E/F ___3.84___ ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __Quality Discount Ice Cream Distributors, Inc._____   Case number *(if known)*   __16-01709-LA11__

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Enterprise Leasing | ▮ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.55 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Hana ~Chitgari | ☐ D _____<br>▮ E/F ___3.18___<br>☐ G _____ |
| 2.56 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Roseline ~Feral | ☐ D _____<br>▮ E/F ___3.30___<br>☐ G _____ |
| 2.57 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Gresham Savage Nolan | ☐ D _____<br>▮ E/F ___3.33___<br>☐ G _____ |
| 2.58 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Habib Family Trust | ☐ D _____<br>▮ E/F ___3.34___<br>☐ G _____ |
| 2.59 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Idealease Services Inc. | ☐ D _____<br>▮ E/F ___3.41___<br>☐ G _____ |
| 2.60 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Jacobson, Betsy | ☐ D _____<br>▮ E/F ___3.43___<br>☐ G _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.61 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Bahman ~Jalali | ☐ D _____<br>☒ E/F ___3.45___<br>☐ G _____ |
| 2.62 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Lily ~Movahhedian IRA | ☐ D _____<br>☒ E/F ___3.54___<br>☐ G _____ |
| 2.63 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Hamid ~Movahhedian | ☐ D _____<br>☒ E/F ___3.55___<br>☐ G _____ |
| 2.64 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Mary ~Powell | ☐ D _____<br>☒ E/F ___3.60___<br>☐ G _____ |
| 2.65 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Kiana ~Shaban IRA | ☐ D _____<br>☒ E/F ___3.65___<br>☐ G _____ |
| 2.66 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Robert ~Solis APC | ☐ D _____<br>☒ E/F ___3.69___<br>☐ G _____ |
| 2.67 | Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Kevin ~Weil IRA | ☐ D _____<br>☒ E/F ___3.78___<br>☐ G _____ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.68 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Azita ~Yazdi IRA | ☐ D _____ ■ E/F ___3.81___ ☐ G _____ |
| 2.69 | Nasser Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Maryam ~Yazdi | ☐ D _____ ■ E/F ___3.83___ ☐ G _____ |
| 2.70 | Wanda Palizban | 770 Sycamore Ave No. 122-445 Vista, CA 92083 | Bank of America | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify your case:**

Debtor 1    Quality Discount Ice Cream Distributors, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number   16-01709-LA11
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| **How long employed there?** | | | |

**Part 2:**    **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    Quality Discount Ice Cream Distributors, Inc.                    Case number (*if known*)    16-01709-LA11

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income. Specify:** _____    8h.+    $ 0.00 +    $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9.    10.    $ 0.00 +    $ 0.00 =    $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$    0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $    0.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Quality Discount Ice Cream Distributors, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | 16-01709-LA11 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.        ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    Quality Discount Ice Cream Distributors, Inc.    Case number (if known)    16-01709-LA11

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 0.00 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 0.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 0.00 |
| 10. | **Personal care products and services** | 10. $ | | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 0.00 |
| | 15b. Health insurance | 15b. $ | | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. Other. Specify: | 17c. $ | | 0.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 0.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify the case:**

Debtor name   Quality Discount Ice Cream Distributors, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   16-01709-LA11

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other _____ | $2,100,000.00 |
   | For prior year:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $10,097,591.00 |
   | For year before that:<br>From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other _____ | $14,476,259.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    Quality Discount Ice Cream Distributors, Inc.                                    Case number *(if known)*   16-01709-LA11

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Walter Waxmann<br>180 Harbor Pointe Drive<br>Brunswick, GA 31523 | Jan 2016 | $30,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | ADP<br>PO Box 31001-1874<br>Pasadena, CA 91110-1874 | Jan, Feb<br>March 2016 | $126,658.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Payroll and service fees_ |
| 3.3. | Bank of America<br>P.O. Box 5270<br>Carol Stream, IL 60197 | Jan. 2016 | $20,000.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Bryan Virgil | Jan, Feb,<br>March 2016 | $8,615.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.5. | Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | Jan - March<br>2016 | $7,200.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Enterprise Leasing<br>1400 Kellogg Dr.<br>Anaheim, CA 92807 | Jan 2016 | $16,730.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Leases for trucks_ |
| 3.7. | First Insurance Funding Corp.<br>PO Box 66468<br>Chicago, IL 60666-0468 | Jan 2016 | $18,402.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Insurance_ |
| 3.8. | Gresham Savage Nolan<br>550 W. C Street<br>Suite 1810<br>San Diego, CA 92101 | Jan, March<br>2016 | $13,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   Quality Discount Ice Cream Distributors, Inc.          Case number *(if known)*   16-01709-LA11

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  Kamron Doolittle LLC | March 2016 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other___ |
| 3.10.  Robert Solis APC<br>501 W. Broadway<br>Suite 1370<br>San Diego, CA 92101 | Jan, Feb,<br>March 2016 | $68,275.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11.  Mel-o-dee Ice Cream<br>2649 W 1st St.<br>Santa Ana, CA 92703 | Jan 2016 | $105,579.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  Southern Nevada Industrial LLC<br>4512 Andrews St.<br>North Las Vegas, NV 89081 | Jan, Feb,<br>March 2016 | $8,050.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.  Supreme Oil Co.<br>755 W. A St.<br>San Diego, CA 92101 | Jan, Feb<br>March 2016 | $23,031.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.  Unilever US<br>800 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | Feb, March<br>2016 | $384,724.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.  Zenith Insurance<br>7676 Hazard Center Dr.  #1200<br>San Diego, CA 92108 | Jan, March<br>2016 | $7,126.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Insurance___ |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Doris Cheng<br>1105 Via Vera Cruz<br>San Marcos, CA 92078<br>Sister in law of Mr. Palizban | March 30, 2015 | $319,890.00 | Loan repayment |
| 4.2. Mo Shaban and relatives<br>13871 Mercado Dr.<br>Del Mar, CA 92014<br>Insider | During the 12 months before the involuntary case filing | $14,200.00 | Loan payments |
| 4.3. Habib Family Trust<br>529 Heiden Ct.<br>San Marcos, CA 92069<br>Insider | April 2015 | $83,000.00 | Loan payment |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Idealease Services Inc.<br>5255 Federal Bl<br>San Diego, CA 92105 | 12 leased trucks returned to lessor. No equity in the leases. | Fall 2015 | $0.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Admiral Insurance v. Quality Discount Ice Cream Inc. et al.<br>37-2016-00006479-CL-R3-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Quality Discount Ice Cream Distributors, Inc. | | Case number _(if known)_ 16-01709-LA11 |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Arbabi v. Quality Discount Ice Cream, Inc. et al.<br>37-2016-00001611-CU-BC-CTL | Collections | San Diego Superior Court-CTL<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Bank of America v. Quality Discount Ice Cream et al.<br>37-2015-00032519-CU-BC-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Hamedani v. Quality Discount Ice Cream et al.<br>37-2015-00036393-CU-BC-CTL | Collections | San Diego Superior Court-CTL<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Husson v. Quality Discount Ice Cream Inc. et al.<br>37-2015-00030302-CU-BC-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Idealease Services v Quality Discount<br>1:16-cv-05047 | Collection | US District Court<br>Nor. Dist. Illinois, Eastern Div.<br>IL | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Ingrao v. Quality Discount Ice Cream Inc. et al.<br>37-2014-00083460-CU-PA-CTL | Collections | San Diego Superior Court-CTL<br>220 W. Broadway<br>San Diego, CA 92101 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Jalali v. Quality Discount Ice Cream Inc. et al<br>37-2015-00035619-CU-OR-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Kafaei v. Quality Discount Ice Cream Inc. et al.<br>37-2015-00030158-CU-BC-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Khosravi v Quality Discount<br>37-2016-00025975 CU BC CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Pyke v. Quality Discount Ice Cream et al.<br>37-2015-00036948-CU-BC-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Qualstaff v Quality Discount Ice Cream<br>37-2016-00011623 CL FR NC | Collection | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | Waxman v. Quality Discount Ice Cream Inc. et al.<br>37-2015-00033247-CU-BC-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   Quality Discount Ice Cream Distributors, Inc.                              Case number *(if known)*  16-01709-LA11

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. | Western Transport Refrigeration v. Quality Discount Ice Cream Inc. et al.<br>37-2014-00012132-CL-R3-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | Yaghouti v. Quality Discount Ice Cream et al.<br>37-2015-00034968-CU-BC-NC | Collections | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. San Diego Mission<br>San Diego, CA 92101 | Approx. $4,000 in ice cream delivered at Thanksgiving | November 2015 | $4,000.00 |
| Recipients relationship to debtor<br>None | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   Quality Discount Ice Cream Distributors, Inc.                    Case number *(if known)*   16-01709-LA11

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Michael T. O'Halloran 1010 Second Avenue, Suite 1727 San Diego, CA 92101-4908 | Funds | Various payments from Aug. 2015 to Sept. 2016 | $92,000.00 |
| | **Email or website address** www.debtsd.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Walter Waxman 180 Harbor Pointe Drive Brunswick, GA 31523 | Settlement of lawsuit and payment | 2016 | $30,000.00 |
| | **Relationship to debtor** Creditor | | | |
| 13.2. | Roxanne Husson 5374 Belardo Drive San Diego, CA 92124 | Settlement of lawsuit | 2016 | $0.00 |
| | **Relationship to debtor** Creditor | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2323 Port Road A Stockton, CA 95203 | 2014 - 16 |

Debtor   Quality Discount Ice Cream Distributors, Inc.                     Case number *(if known)*   16-01709-LA11

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | 4512 Andrews St. Elko, NV 89801 | 2012 - 16 |
| 14.3. | 2465 Coral St. Vista, CA 92081 | 1995 - 2014 |
| 14.4. | 6692 Doolittle Ave. Riverside, CA | 2011 - 14 |
| 14.5. | 450 S. Melrose Dr. Vista, CA 92081 | 2009 - 16 |
| 14.6. | 17007 Evergreen Place Hacienda Heights, CA 91745 | 2011 - 15 |
| 14.7. | 9066 Carroll Way San Diego, CA 92121 | 2011 - 16 |
| 14.8. | 20350 Figueroa St. Carson, CA | 2011 - 13 |
| 14.9. | 2686 N. Argyle  #104 Fresno, CA 93727 | 2010 - 13 |
| 14.10· | 4845 W. McDowell Rd. Suite A-140 Phoenix, AZ 85035 | 2009 - 14 |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| QDIC 401k plan | EIN:   A80P1312 |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |
|---|---|---|---|

Has the plan been terminated?
☐ No
■ Yes

<table>
<tr><td colspan="2"><b>Part 10:</b></td><td><b>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</b></td></tr>
</table>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America Merchant Svcs<br>P.O. Box 2485<br>Spokane, WA 99210 | XXXX-0774 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2015 | $0.00 |
| 18.2. | Chase<br>101 W. Broadway<br>San Diego, CA 92110-1000 | XXXX-3817 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2015 | $0.00 |
| 18.3. | Bank of America<br>P.O. Box 2463<br>Spokane, WA 99210-2463 | XXXX-8731 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__Payroll__ | 2015 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<table>
<tr><td colspan="2"><b>Part 11:</b></td><td><b>Property the Debtor Holds or Controls That the Debtor Does Not Own</b></td></tr>
</table>

Debtor    Quality Discount Ice Cream Distributors, Inc.        Case number *(if known)*   16-01709-LA11

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Suppliers to QDIC<br>Various | Numerous Wal-Mart stores | There are many small freezers owned by other companies that are installed at Wal-Mart stores and other customers' stores. Most are hardwired into the building electrical system.  Ages between 6 and 15 years old. | $20,000.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Quality Discount Ice Cream Distributors, Inc.                    Case number (if known)  16-01709-LA11

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Mo Shaban<br>13871 Mercado Dr.<br>Del Mar, CA 92014 | 2003 to 2015 |
| 26a.2.   Kelley Mayer CPA<br>5927 Balfour Ct.  #101<br>Carlsbad, CA 92008 | 2016 |
| 26a.3.   Anton Ewing<br>3077 B Clairemont Dr.<br>San Diego, CA 92117 | 2015 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   QDIC<br>2460 Grand Ave.<br>Vista, CA 92083 | None known to be missing.  Quality of the business records created under prior management not certain. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nasser Palizban | 770 Sycamore Ave<br>No. 122-445<br>Vista, CA 92083 | Officer and director | 100% |

| Debtor | Quality Discount Ice Cream Distributors, Inc. | Case number *(if known)* | 16-01709-LA11 |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dave Roberts | | Former president | April 2014 to August 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Reza Palizban | 1105 Via Vera Cruz San Marcos, CA 92078 | Vice president of business development | 2002 to 2015 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Nasser and Wanda Palizban 770 Sycamore Ave No. 122-445 Vista, CA 92083 | $209,583 | April 1, 2015 to March 31, 2016 | Salary and expense reimbursement |
| | **Relationship to debtor** Insiders | | | |
| 30.2. | Dave Roberts | Approx $79,000 salary and $30,000 expense reimbursement  and benefits of $8,700 from April to August 2015, | April 1, 2015 to March 31, 2016 | Officer compensation |
| | **Relationship to debtor** Ex-president | | | |
| 30.3. | Reza Palizban 1105 Via Vera Cruz San Marcos, CA 92078 | $54,545 | April 10, 2015 to Sept. 25, 2015 | Salary and benefits |
| | **Relationship to debtor** Former officer | | | |
| 30.4. | Mo Shaban and relatives 13871 Mercado Dr. Del Mar, CA 92014 | Credit card payment $65,449.  Interest of approx. $14,200 | 12 months prior to March 30, 2016 | Expenses advanced for QDIC.  Also loan interest payments. |
| | **Relationship to debtor** Insider | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    Quality Discount Ice Cream Distributors, Inc. _____    Case number *(if known)*    16-01709-LA11 _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November  2, 2016 _____

/s/ Nasser Palizban _____    Nasser Palizban _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    Quality Discount Ice Cream Distributors, Inc.            Case No.    16-01709-LA11
                                         Debtor(s)            Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtor or debtors in any dischargeability actions, 2004 examinations, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter. Post-petition representation not covered by the flat fee shall be rendered, if agreed to by the debtor and the Firm, at the usual hourly rates charged by the Firm.

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| November  2, 2016 | /s/ Michael T. O'Halloran CLS-B |
| *Date* | Michael T. O'Halloran CLS-B #99085 |
| | *Signature of Attorney* |
| | Law  Office of Michael T. O'Halloran |
| | 1010 Second Avenue, Suite 1727 |
| | San Diego, CA 92101-4908 |
| | 619-233-1727  Fax: 619-233-6526 |
| | MTO@Debtsd.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of California

In re   Quality Discount Ice Cream Distributors, Inc.

Debtor(s)

Case No.   16-01709-LA11
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November  2, 2016

Signature   /s/ Nasser Palizban

Nasser Palizban

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of California

In re   Quality Discount Ice Cream Distributors, Inc.

Debtor(s)

Case No.   16-01709-LA11

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Quality Discount Ice Cream Distributors, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  2, 2016

Date

/s/ Michael T. O'Halloran CLS-B

Michael T. O'Halloran CLS-B #99085

Signature of Attorney or Litigant
Counsel for   Quality Discount Ice Cream Distributors, Inc.

Law  Office of Michael T. O'Halloran

1010 Second Avenue, Suite 1727
San Diego, CA 92101-4908
619-233-1727 Fax:619-233-6526
MTO@Debtsd.com